WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eric Shane Silveira,<br><br>    Plaintiff,<br><br>v.<br><br>Jerry Brown, et al.,<br><br>    Defendants. | No. CV-15-1452-PHX-GMS (DKD)<br><br>**ORDER** |

Pending before the Court are several motions.

Based on the resolution of pending discovery issues during the Court's Telephonic Status Conferences, the Court will deny further relief for Plaintiff's Motion to Compel (Doc. 48), Defendants' Motion to Strike (Doc. 54), Plaintiff's Motion for Subpoenas Duces Tecum (Doc. 56), and Plaintiff's Motion for Nunc Pro Tunc filing (Doc. 63).

The Court will deny Plaintiff's Motion to Amend (Doc. 101) because it seeks to reassert the same claims that were dismissed in the screening order without additional development.

The Court will deny both of Plaintiff's motions for sanctions against the California State Prison. (Docs. 113 and 125) This Court has no jurisdiction over the California State Prison. Accordingly, the Court will also deny Defendants' related motion to strike as moot (Doc. 123) and will also deny Plaintiff's request to file a reply (Doc. 128).

The Court will deny as moot Plaintiff's request for a telephonic hearing because the Court has already conducted several such hearings. (Doc. 140)

Defendants Giunta and LeClair moved to dismiss because they were not properly served and further alleging that the Court did not have personal jurisdiction over them. (Doc. 138) Subsequently, counsel for Defendants informed the Court that he has the authority to accept service on their behalf. (Doc. 147) At the same time, Defendants "expressly reserve[d] their right to assert any and all defenses available in this matter, including lack of personal jurisdiction as set forth in their Motion to Dismiss." (*Id.*) The Court understands that Defendants did not intend to pursue their Motion to Dismiss for lack of personal jurisdiction at this time and were merely reserving the right to reassert this claim at a later point. Accordingly, the Court will construe this Motion to Dismiss as withdrawn without prejudice to reasserting it at a later date.

**IT IS THEREFORE ORDERED** denying Plaintiff's Motion to Compel (Doc. 48), Defendants' Motion to Strike (Doc. 54), Plaintiff's Motion for Subpoenas Duces Tecum (Doc. 56), and Plaintiff's Motion for Nunc Pro Tunc filing (Doc. 63).

**IT IS FURTHER ORDERED** denying Plaintiff's Motion to Amend (Doc. 101).

**IT IS FURTHER ORDERED** denying Plaintiff's Motion for Sanctions (Doc. 113), Defendants' Motion to Strike (Doc. 123), Plaintiff's Second Motion for Sanctions (Doc. 125), and Plaintiff's Motion for Leave to File a Reply (Doc. 128).

**IT IS FURTHER ORDERED** denying as moot Plaintiff's Motion for the Court to Set Up a Telephonic Hearing (Doc. 140).

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss is deemed withdrawn without prejudice (Doc. 138).

Dated this 29th day of September, 2017.

_____
David K. Duncan
United States Magistrate Judge